1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DOUGLAS LEE HOPPER,                      Case No.  2:21-cv-00985-JDP (HC)

12                    Petitioner,              ORDER GRANTING PETITIONER'S
                                               MOTION FOR A SECOND EXTENSION OF
13          v.                                 TIME

14    BRIAN KIBLER,                            ECF No. 17

15                    Respondent.

16

17          Petitioner has filed a motion for a second extension of time to both respond to the

18    November 8, 2021 order to show cause and to file an amended petition.  Good cause appearing, it

19    is hereby ORDERED that:

20          1.  Petitioner's request for an extension of time, ECF No. 17, is granted.

21          2.  Petitioner is granted sixty days from the date of this order in which to file both an

22    amended petition and a response to the November 8, 2021 order to show cause.

23          3.  Petitioner is warned that the court is not inclined to grant further extensions.

24

25    IT IS SO ORDERED.

26
      Dated:    May 2, 2022

27                                             _____
                                               JEREMY D. PETERSON
28                                             UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28